

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

BERNANDINO GAWALA BOLATETE

CASE NO.   3:17-cr-240-J-20013T
26 U.S.C. §§ 5861(d) & 5871

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 1, 2017, in the Middle District of Florida, the defendant,

BERNANDINO GAWALA BOLATETE

knowingly received and possessed a device for silencing, muffling, and diminishing the report of a portable firearm as defined in 18 U.S.C. § 921(a)(24), specifically, a Knights Armament firearm silencer, not registered to the defendant in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2.     Upon conviction of a violation 18 U.S.C. § 5861, the defendant, BERNANDINO GAWALA BOLATETEM, shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third person;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be subdivided without difficulty;

2

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By:

MICHAEL J. COOLICAN
Assistant United States Attorney

By:

FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
APR 1991   No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BERNANDINO GAWALA BOLATETE

## INDICTMENT

Violations:

Count 1:     26 U.S.C. §§ 5861(d) & 5871

A true bill,

_Lyn Paarman_
Foreperson

Filed in open court this 7th day

of December, 2017.

_Thomas S. Lunetti_
Clerk

Bail   $_____

GPO 863 525