**FILED IN OPEN COURT**
JACKSONVILLE, FLORIDA

MAY 11 2018

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                          Case No. 3:17-cr-240-J-20JBT

BERNANDINO GAWALA BOLATETE

### VERDICT

With regard to Count One of the Indictment, which charges the Defendant, BERNANDINO GAWALA BOLATETE, with receiving or possessing a firearm silencer that was not registered to him in the National Firearms Registration and Transfer Record, we, the Jury, find the Defendant:

GUILTY __X__          NOT GUILTY _____

SO SAY WE ALL,

_Ralph Kulmuth_ (signature)          5.11.18
FOREPERSON'S SIGNATURE              DATE