**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                Case No. 3:17-cr-240-J-20JBT

**BERNANDINO GAWALA BOLATETE,**

    **Defendant.**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Bernandino Gawala Bolatete, Defendant above named, appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment in a Criminal Case entered in this action on September 17, 2018.

DATED this 1st day of October, 2018.

            DONNA LEE ELM
            FEDERAL PUBLIC DEFENDER

            *s/ Mark Rosenblum*
            Mark Rosenblum
            Florida Bar No. 0289175
            Assistant Federal Defender
            200 West Forsyth Street, Suite 1240
            Jacksonville, Florida 32202
            Telephone: 904-232-3039
            Fax: 904-232-1937
            E-Mail: mark_rosenblum@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                s/ *Mark Rosenblum*
                                                Mark Rosenblum
                                                Assistant Federal Defender