UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No. 3:17-cr-240-HES-JBT

BERNANDINO GAWALA BOLATETE
_____/

ORDER

This cause is before this Court following notice from defense counsel.

On April 15, 2021, this Court granted Bolatete's Motion for Compassionate Release (Dkt. 103), and reduced his 60 months term of imprisonment to time served plus 45 days, for a release date of May 30, 2021. Bolatete was to be removed from the United States and returned to the Philippines. This removal has been delayed and is in limbo because of COVID-19. Bolatete's family is prepared to buy him a ticket and put him on a plane to the Philippines, but to do so without this Court's permission would violate his supervised release. Bolatete seeks a modification of the terms of supervised release to allow his voluntary departure from the United States to the Philippines with the condition he not return to the United States without the permission of the Attorney General. The government has no objection.

Accordingly, it is **ORDERED**:

Bolatete's terms of supervised release are modified to allow his voluntary departure from the United States to the Philippines with the condition he not return to the United States without the permission of the Attorney General.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of August, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Mark Rosenblum, Esq.
Michael Coolican, Esq.
United States Marshals Service
United States Probation Office